# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RODNEY T. YOUNG, :

        Petitioner, :     Case No. 3:13-cv-44

  - vs - :     District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

WARDEN, Warren Correctional :
Institution,

         :

        Respondent.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous.

October 28, 2013                       **\*s/THOMAS M. ROSE**

                                                        Thomas M. Rose
                                              United States District Judge